FILED _____ LODGED
_____ RECEIVED

**January 14, 2016**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANA SMITH,<br><br>　　　　　Defendant. | No. CR16- 5011<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

On or about September 29, 2015, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, ANA SMITH, did take and carry away with intent to steal and purloin property of the United States government located at the Joint Base Lewis-McChord Main Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

All in violation of 18 U.S.C. §§ 7 and 641.

DATED this 14th day of January, 2016.

　　　　　　　　　　　　　　　ANNETTE L. HAYES
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　_/s/ W. J. Batey_____
　　　　　　　　　　　　　　　ROBERT J. BATEY
　　　　　　　　　　　　　　　Special Assistant United States Attorney
INFORMATION
United States v. ANA SMITH

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil